```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13683
    DAVID A MERRITT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-2810


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 07/31/2007 and was confirmed 09/14/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/08/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
FIFTH THIRD BANK         SECURED VEHIC   10075.00          588.99       5374.91
FIFTH THIRD BANK         UNSEC W/INTER    1544.62           37.31           .00
BLITT & GAINES PC        NOTICE ONLY    NOT FILED             .00           .00
CAVALRY PORTFOLIO SERVIC UNSEC W/INTER  NOT FILED             .00           .00
COLLECTION COMPANY OF AM UNSEC W/INTER  NOT FILED             .00           .00
CRED PROTECTION ASSOCIAT UNSEC W/INTER  NOT FILED             .00           .00
CRED PROTECTION ASSOCIAT NOTICE ONLY    NOT FILED             .00           .00
HARVARD COLLECTION SERVI UNSEC W/INTER  NOT FILED             .00           .00
ILLINOIS COLLECTION SERV UNSEC W/INTER  NOT FILED             .00           .00
SALLIE MAE SERVICING COR UNSEC W/INTER  10893.44           236.63           .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED             .00           .00
FAHORAH MERRITT          NOTICE ONLY    NOT FILED             .00           .00
LEGAL HELPERS PC         DEBTOR ATTY     2,500.00                       2,500.00
TOM VAUGHN               TRUSTEE                                          682.16
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 9,420.00

PRIORITY                                         .00
SECURED                                     5,374.91
    INTEREST                                  588.99
UNSECURED                                        .00
    INTEREST                                  273.94
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                          682.16
DEBTOR REFUND                                    .00
                        ---------------   ---------------
TOTALS                   9,420.00           9,420.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13683 DAVID A MERRITT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE